ORDERED.

Dated:  July 30, 2015



Authur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
www.flmb.uscourts.gov

In re:                                                      Case No. 6:14-bk-08355-ABB

Gilbert Desrosiers,                                   Chapter 13

         Debtor.

_____/

## AGREED ORDER DENYING BANK OF AMERICA, N.A.'S MOTION TO VACATE MORTGAGE MODICIATION MEDIATION ORDER (D.E. 71)

This case came on for consideration on the Motion to Vacate the Mortgage Modification

Mediation Order filed by Bank of America, N.A. (the "Motion") (D.E. 71). Upon review of the

Motion and the Agreement of the parties, it is

**ORDERED:**

1.       The Motion (D.E. 71) is denied.

2.       Notice of Payment Changes filed in this case will be abated until the Final Report.

Attorney Ashley Prager Popowitz is directed to serve a copy of this order on interested parties who
are non-CM/ECF users and file a proof of service within 3 days of the entry of the order.